| | |
|---|---|
| 1 | ADAM WANG (STATE BAR NUMBER 201233) |
| 2 | 12 SOUTH FIRST STREET, SUITE 908 |
|   | SAN JOSE, CA 95113 |
| 3 | TEL:  (408) 421-3403 |
|   | FAX:  (408) 351-0261 |
| 4 | ATTORNEY FOR PLAINTIFF |
| 5 | KE FENG LIU |

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| KE FENG LIU | Case No.: C05-03141 CRB |
|---|---|
| Plaintiff, | **PLAINTIFF'S EX PARTE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER** |
| vs. | |
| AYA SUSHI & DOES 1 - 10, | |
| Defendants | |

    Plaintiff, Ke-Feng Liu, through his counsel, hereby moves the Court, ex parte, to continue the Initial Case Management Conference as follows:

    1. Parties in this case have reached a tentative settlement to resolve all disputes between them.  Parties are in the process of finalizing the settlement document.

    2. Defendants have not filed an answer to the Complaint, and defendant's counsel has not made his appearance in this case.

    3. As such, I respectfully request that the Case Management Conference set for December 9, 2005 be continued for 30 days in which settlement can be finalized and the dismissal filed.

Dated:  December 2, 2005          Law Office of Adam Wang

                                               By:   /s/ Adam Wang         .
                                                  Attorney for Plaintiff
                                                  KE FENG LIU

1                                      C05-03141 CRB
**PLAINTIFF'S EX PARTE TO CONTINUE INITIAL CMC**
Liu v. Aya Suchi, et al.

**~~[Proposed]~~ Order**

Good Cause Appearing, **IT IS HEREBY ORDERED** that the Initial Case Management Conference be continued to January ~~7~~ 06, 2006.

**IT IS SO ORDERED.**

Dated: December 05, 2005

By: ____________________
Charles R. Breyer
United States District Judge